IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY MARTIN HESS,

    Petitioner,                    No. CIV S-07-0909 WBS EFB P

    vs.

JAMES E. TILTON,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 5, 2007, petitioner requested an extension of time to file a response in opposition to respondent's motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's November 5, 2007, request for an extension of time is granted and petitioner has 30 days from the date this order is served to file his opposition.

Dated: November 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE