IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY MARTIN HESS,** | CIV S-07-0909 WBS EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES E. TILTON,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including January 17, 2008, in which to file a reply to Petitioner's opposition to motion to dismiss.

Dated: December 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE